# EXHIBIT A

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* RIVERSIDE UNIVERSITY HEALTH
SYSTEMS-MEDICAL CENTER; CMRE FINANCIAL SERVICES,
INC.; ANTHEM BLUE CORSS; and DOES 1 through 100,
Inclusive

**FILED**
Superior Court of California
County of Riverside
6/4/2020
V. Lupercio
Electronically Filed

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* KEVIN MASSEY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>RIVERSIDE COUNTY SUPERIOR COURT<br>4050 MAIN STREET<br>RIVERSIDE, CA  92501<br>RIVERSIDE CIVIL | **CASE NUMBER:**<br>*(Número del Caso):*  ).  **RIC2001502** |
| --- | --- |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
NOLAN F. KING, ESQ. - SBN 93358                    (909) 931-0010  (909) 931-0043
LAW OFFICES OF NOLAN F. KING
876 NORTH MOUNTAIN AVENUE, SUITE 200, UNIT I
UPLAND, CA 91786                                   Email:  nfking@hotmail.com

DATE:
*(Fecha)*                     Clerk, by _____ , Deputy
                              *(Secretario)*                                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Anthem

under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal
Solutions
ⓒ Plus

Code of Civil Procedure §§ 412.20, 465

1  LAW OFFICES OF NOLAN F. KING
   NOLAN F. KING, ESQ. - STATE BAR NO. 93358
2  876 North Mountain Avenue
   Suite 200, Unit I
3  Upland, California 91786
   Phone:      (909) 931-0010
4  Fax:        (909) 931-0043
   Email:      nfking@hotmail.com
5

**FILED**
Superior Court of California
County of Riverside
6/4/2020
V. Lupercio
Electronically Filed

6  Attorney for Plaintiff, KEVIN MASSEY

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 IN AND FOR THE COUNTY OF RIVERSIDE

10

11  KEVIN MASSEY,                          )   CASE NO.   **RIC2001502**
                                           )
12                   Plaintiff,            )   COMPLAINT FOR DECLARATORY
                                           )   RELIEF
13          vs.                            )
                                           )   [Unlimited Civil Action]
14  RIVERSIDE UNIVERSITY HEALTH            )
    SYSTEMS-MEDICAL CENTER; CMRE           )
15  FINANCIAL SERVICES, INC.;              )
    ANTHEM BLUE CROSS; and DOES 1          )
16  through 100, Inclusive,                )
                                           )
17                   Defendants.           )
                                           )
18  ─────────────────────────────────────

19

20

21          COMES NOW, the Plaintiff, KEVIN MASSEY, and for Causes of Action

22  against Defendants, and each of them, alleges as follows:

23

24          **FIRST CAUSE OF ACTION-DECLARATORY RELIEF**

25                      **(As to All Defendants)**

26          1.    That the true names and capacities of Defendants designated

27  herein as DOES 1 through 100, Inclusive, are unknown to Plaintiff who therefore sues

28  //////

1

1 | said Defendants by such fictitious names and will seek leave of Court to ament this
2 | Complaint when the true names and capacities have been ascertained.

3 |     2.    That at all times mentioned herein the actions and failure to act
4 | hereinafter alleged took place within the County of Riverside, State of California, and
5 | Riverside is the proper jurisdiction to hear this matter.

6 |     3.    That Defendants, and each of them, were in some manner
7 | tortiously, contractually or otherwise responsible for the acts hereinafter set forth.

8 |     4.    That at all times mentioned herein Defendant, RIVERSIDE
9 | UNIVERSITY HEALTH SYSTEM-MEDICAL CENTER, was and is a corporation or other
10 | recognized entity doing business in the State of California and duly licensed to do so.

11 |     5.    That at all times mentioned herein, Defendants, and each of them,
12 | were the agents, servants or employees of each of the other Defendants, and were at
13 | all times acting within said agency and employment.

14 |     6.    That at all times mentioned herein Defendant, CMRE FINANCIAL
15 | SERVICES, INC., (hereinafter referred to as "CMRE") was and presently does business
16 | at 3075 East Imperial Highway, Suite 200, Brea, California.

17 |     7.    That at all times mentioned herein Defendant, ANTHEM BLUE
18 | CROSS (hereinafter referred to as "ANTHEM") was and is a corporation or other
19 | recognized entity authorized to do business in the State of California.

20 |     8.    That at all times mentioned herein Defendant, RIVERSIDE
21 | UNIVERSITY HEALTH SYSTEM-MEDICAL CENTER (hereinafter referred to as
22 | "RIVERSIDE") was and is a hospital duly licensed to operate as a hospital in the State
23 | of California and is located in the County of Riverside.

24 |     9.    That at all times mentioned herein Plaintiff, KEVIN MASSEY, was
25 | and is a resident of the County of Riverside, State of California.

26 |     10.    That on or about February 8, 2019, Plaintiff, KEVIN MASSEY, was
27 | involved in a serious vehicle accident requiring him to be transported by ambulance on
28 | an emergency basis to RIVERSIDE for emergency surgery and other emergency

1 | treatment.  Plaintiff, KEVIN MASSEY, was taken from the accident scene directly to
2 | RIVERSIDE via ambulance.

3 |         11.    That upon arrival and before treatment took place at RIVERSIDE
4 | on February 8, 2019, RIVERSIDE checked and verified Plaintiff, KEVIN MASSEY'S
5 | insurance information and treatment eligibility was approved by RIVERSIDE.  Plaintiff,
6 | KEVIN MASSEY, was then admitted and had emergency surgery on his left knee.  At
7 | no time during this time period was Plaintiff, KEVIN MASSEY, every advised or
8 | informed that there was any issue with his insurance or coverage for the treatment,
9 | surgery or care.

10 |        12.    After the surgery and hospital stay, Plaintiff, KEVIN MASSEY, was
11 | discharged and upon discharge, again there was no mention of any insurance issues,
12 | coverage or other problems.

13 |        13.    That on February 8, 2019, Plaintiff, KEVIN MASSEY, had full
14 | insurance coverage with ANTHEM.  A true and exact copy of Plaintiff, KEVIN
15 | MASSEY'S Insurance Card is attached hereto as **Exhibit "A"** and by reference thereto
16 | incorporated herein as though fully set forth at length.

17 |        14.    As a result of complications which manifested after the first
18 | surgery, Plaintiff, KEVIN MASSEY, was required to have a second surgery which also
19 | took place at RIVERSIDE in 2019.  Plaintiff, KEVIN MASSEY, and his fiancé arrived at
20 | RIVERSIDE for the second surgery and the receptionist verified that Plaintiff, KEVIN
21 | MASSEY, was fully covered by his insurance for the second operation and she advised
22 | Plaintiff, KEVIN MASSEY, that the charges for the second surgery would be covered by
23 | ANTHEM.

24 |        15.    After the second surgery, Plaintiff, KEVIN MASSEY, started
25 | receiving bills from RIVERSIDE stating that his insurance would not pay all of the bill
26 | and it was demanded that Plaintiff, KEVIN MASSEY, pay the disputed amount of
27 | $55,524.89.  Please see **Exhibit "B"** attached hereto and incorporated herein by
28 | reference.

1           16.    Plaintiff, KEVIN MASSEY, demanded that ANTHEM BLUE CROSS

2  pay the outstanding bill to RIVERSIDE based upon Plaintiff, KEVIN MASSEY'S

3  insurance coverage, which ANTHEM BLUE CROSS has refused and continues to

4  refuse to pay.

5           17.    RIVERSIDE then assigned for collection the disputed $55,524.89

6  bill to CMRE who has continuously "called" and "harassed" Plaintiff, KEVIN MASSEY, in

7  an unlawful attempt to get Plaintiff, KEVIN MASSEY, to pay this disputed bill. As an

8  unfair business practice and in violation of the Fair Credit Reporting Act and the Fair

9  Collection Services Act, Defendants in an attempt to collect this disputed bill placed

10  Plaintiff, KEVIN MASSEY, on the local credit bureaus as a "Collection", thereby

11  damaging Plaintiff, KEVIN MASSEY'S credit status and reputation in an amount to be

12  proven at the time of Trial. Defendant, CMRE, made multiple harassing phone calls,

13  including threats of lawsuits and credit damage. Please see **Exhibit "C"** attached

14  hereto and incorporated herein by reference.

15           18.    An actual controversy exists and a judicial determination is required

16  at this time to determine the rights and liabilities of the respective parties to this litigation

17  as follows:

18               (a)    Plaintiff, KEVIN MASSEY, contends that he was totally

19                      insured and covered by ANTHEM insurance at the time he

20                      was first admitted to RIVERSIDE.

21               (b)    Defendants contend to the contrary.

22               (c)    Plaintiff, KEVIN MASSEY, contends that he was fully

23                      insured and covered for his second admittance and surgery

24                      at RIVERSIDE.

25               (d)    Defendants contend to the contrary.

26               (e)    Plaintiff, KEVIN MASSEY, contends that his insurance with

27                      ANTHEM was in full force and effect at the time of the

28                      accident on February 8, 2019.

4

1      (f)    Defendants contend to the contrary.

2      (g)    Plaintiff, KEVIN MASSEY, contends that RIVERSIDE told

3             him at the time of admittance for the first surgery that he was

4             fully covered and that his insurance would cover this bill.

5      (h)    Defendant, RIVERSIDE, contends to the contrary.

6      (i)    Plaintiff, KEVIN MASSEY, contends that at the second

7             admittance to RIVERSIDE again his insurance coverage

8             was checked and was advised that this hospitalization was

9             fully covered.

10     (j)    Defendant, RIVERSIDE contends to the contrary.

11     (k)    Plaintiff, KEVIN MASSEY, contends that Defendant,

12            ANTHEM, has breached the subject insurance contract and

13            has violated California Insurance Code Section 790.03(h)(5).

14     (l)    Defendants contend to the contrary.

15     (m)    Plaintiff, KEVIN MASSEY, contends that Defendant,

16            ANTHEM, has violated the Implied Covenant of Good Faith

17            and Fair Dealing.

18     (n)    Defendants contend to the contrary.

19     (o)    Plaintiff, KEVIN MASSEY, contends that Defendant, CMRE,

20            has violated both the Fair Debt Collection Practices Act as

21            well as the Fair Credit Reporting Act.

22     (p)    Defendants contend to the contrary.

23

24            WHEREFORE, Plaintiff prays judgment against Defendants, and each of

25     them, as follows:

26            1.     That the Court issue a Declaratory Judgment setting forth the rights

27     and liabilities of the parties to this litigation;

28            2.     For reasonable attorney's fees as provided by statute;

5

3.    For costs of suit incurred herein; and

4.    For such other and further relief as the Court deems just and proper under the circumstances.

DATED: June 4, 2020        LAW OFFICES OF NOLAN F. KING

By:
    NOLAN F. KING, Attorney for Plaintiff,
    KEVIN MASSEY

COMPLAINT FOR DECLARATORY RELIEF

**EXHIBIT "A"**

# Anthem.
## BlueCross

KEVIN M MASSEY

Member ID:
OEHOE1510026

Group No:                276753M011
Plan Code:                      040
Coverage(s).
Medical - Pharmacy

OPERATING ENGINEERS
HEALTH & WELFARE FUND (LOCAL 12)

PRUDENT BUYER PLAN

**PPO**



A-1

# EXHIBIT B

# Riverside University HEALTH SYSTEM

**CONTACT INFORMATION**

26520 Cactus Ave
Moreno Valley, CA 92555

Patient Financial Services: 1-951-486-5360
Hours: Mon - Fri 8:00 AM - 4:30 PM

Patient Name: **KEVIN MASSEY**
Balance: **55,448.93**

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|------|-------------|---------|---------------------|-------------------|-----------------|
| | Account Number: 50000914857 | | | | |
| | Primary Insurance: BLUE CROSS | | | | |
| | Admission and Discharge: 02/08/19 to 02/14/19 | | | | |
| 04/03/19 | Charges | 116,291.65 | | | |
| | Blue Cross Payments | | -60,842.72 | | |
| | Totals | 116,291.65 | -60,842.72 | 0.00 | 55,448.93 |
| | Patient Balance | | | | 55,448.93 |
| | | | Balance Due | | 55,448.93 |

If you have insurance coverage, please contact us immediately so that we can bill your carrier for you.

Please note that this bill is from the Hospital ONLY (NOT YOUR DOCTOR).

**IMPORTANT MESSAGE**

Your account is past due. Full payment must be received within 10 days to avoid further collection efforts.

MyChart is now available! You can sign up, see your information and pay bills online at
https://myruhealth.org/mychart/. Please call 951-486-5360 to register for an online account.

417164-LOMARVRSD-635610-344450127-P; 1592464-1-52; 30899707-1; 1

858210(PC2)

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED

RIVERSIDE UNIVERSITY MEDICAL CENTER
26520 CACTUS AVENUE
MORENO VALLEY, CA 92555

RETURN SERVICE REQUESTED

| VISA | MasterCard | DISCOVER |
|------|-----------|----------|
| CARD NUMBER | | SECURITY CODE |
| SIGNATURE | | EXP. DATE |

| ACCOUNT NUMBER | STATEMENT DATE | DUE DATE |
|---|---|---|
| 50000914857 | 07/19/19 | 08/18/19 |
| PLEASE PAY THIS AMOUNT 55,448.93 | AMOUNT PAID HERE $ | |



002447
0101

ADDRESSEE
KEVIN MASSEY
18558 COLT ST
RIVERSIDE, CA 92508-9211

SEND PAYMENT TO
RIVERSIDE UNIVERSITY HEALTH SYSTEM
PO BOX 51414
LOS ANGELES, CA 90051-5714

50000914857062647400055448932

# EXHIBIT C

CMRE FINANCIAL SERVICES, INC
3075 E IMPERIAL HWY SUITE 200
BREA CA 92821-6753



**Financial Services, Inc.**

Phone:  (877) 650-6129
customerservice@cmrefsi.com | www.cmrefsi.com
Hours:  7:00 am - 5:30 pm Pacific Standard Time

011081

Notice: Please see reverse side for important
information regarding your rights



KEVIN MASSEY
18558 COLT ST
RIVERSIDE CA 92508-9211

Statement Date: October 31, 2019

Patient Name: KEVIN MASSEY

Dear Kevin Massey

RIVERSIDE UNIVERSITY HEALTH SYSTEM - MED CTR has placed the account for collection with our office. We may be reached at (877) 650-6129, Monday through Friday between the hours of 7:00 am and 5:30 pm PST.

For your convenience, you may pay with your Visa, MasterCard, American Express, Discover Card, Western Union Quick Collect, personal check, or money order. To pay your bill online, go to www.cmrefsi.com. You may also access our automated payment center 24 hours a day, 7 days a week using your CMRE account number and PIN number located at the bottom left hand portion of this notice when making your payment.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

Sending an eligible check for payment to us is deemed sufficient authorization to complete the payment by electronic debit. By doing so, your checking account will be debited for the amount of the check and your canceled check will not be returned to your bank.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in the agreement with the original creditor or as otherwise provided by state law.

Calls to and from this office may be monitored or recorded.

Tiffany L. - Ext. 157
Collections Account Rep.

This is a communication from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

H01

Please retain top portion for your records.

H01

| CMRE Account #: | 0053183353 |
|---|---|
| Pin #: | 3353 |
| Phone: | (877) 650-6129 |
| Patient: | KEVIN MASSEY |
| Creditor Name: | RIVERSIDE UNIVERSITY HEALTH SYSTEM - MED CTR |
| Creditor Account #: | 050000914857 |
| Creditor Balance: | $55,448.93 |
| Interest: | $75.96 |
| Total Due: | $55,524.89 |

To pay your bill online, go to www.cmrefsi.com

Statement Date: October 31, 2019

Remit To:
CMRE FINANCIAL SERVICES, INC
3075 E IMPERIAL HWY SUITE 200
BREA CA 92821-6753

11081

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**

| | |
|---|---|
| ☐ BANNING 311 E. Ramsey St., Banning, CA 92220 | ☐ MURRIETA 30755-O Auld Rd., Suite 1226, Murrieta, CA 92563 |
| ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225 | ☐ PALM SPRINGS 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262 |
| ☐ HEMET 880 N. State St., Hemet, CA 92543 | ☒ RIVERSIDE 4050 Main St., Riverside, CA 92501 |
| ☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553 | ☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92591 |

RI-030

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):<br>NOLAN F. KING, ESQ. - SBN 93358<br>LAW OFFICES OF NOLAN F. KING<br>876 NORTH MOUNTAIN AVENUE<br>SUITE 200, UNIT I<br>UPLAND, CA  91786<br>TELEPHONE NO: 909-931-0010   FAX NO. (Optional): 909-931-0043<br>E-MAIL ADDRESS (Optional): nfking@hotmail.com<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY<br><br>**FILED**<br>Superior Court of California<br>County of Riverside<br>6/4/2020<br>V. Lupercio<br>**Electronically Filed** |
| PLAINTIFF/PETITIONER: KEVIN MASSEY | |
| DEFENDANT/RESPONDENT: RIVERSIDE UNIVERSITY HEALTH SYSTEMS-MEDICAL CENTER; CMRE FINANCIAL, etc., et al. | CASE NUMBER: **RIC2001502** |

| **CERTIFICATE OF COUNSEL** |
|---|

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92503 _____

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date June 4, 2020 _____

NOLAN F. KING _____
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

► _____ (SIGNATURE)

Approved for Mandatory Use<br>Riverside Superior Court<br>RI-030 [Rev 08/15/13]

**CERTIFICATE OF COUNSEL**

Local Rule 1.0015
riverside.courts.ca.gov/localforms/localforms.shtml
RI-030

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| NOLAN F. KING, ESQ. - SBN 93358<br>LAW OFFICES OF NOLAN F. KING<br>876 NORTH MOUNTAIN AVENUE<br>SUITE 200, UNIT I<br>UPLAND, CA 91786        Email: nfking@hotmail.com<br>TELEPHONE NO.: 909-931-0010    FAX NO.: 909-931-0043<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS: 4050 MAIN STREET
CITY AND ZIP CODE: RIVERSIDE, CA 92501
BRANCH NAME: RIVERSIDE CIVIL

CASE NAME:   KEVIN MASSEY, Plaintiff v. RIVERSIDE UNIVERSITY, etc., et al., Defendants

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount demanded exceeds $25,000) | [ ] Limited<br>(Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[x] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve        in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence         f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* 1
5. This case [ ] is [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: June 4, 2020
NOLAN F. KING
_____
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
**CIVIL CASE COVER SHEET**
Legal Solutions Plus
Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4050 Main Street
Riverside, CA 92501
www.riverside.courts.ca.gov

NOTICE OF DEPARTMENT ASSIGNMENT FOR ALL PURPOSES
AND NOTICE OF CASE MANAGEMENT CONFERENCE

MASSEY VS RIVERSIDE UNIVERSITY HEALTH

CASE NO. RIC2001502

This case is assigned to the Honorable Judge Irma Poole Asberry in Department 05 for
all purposes, including trial.

The Case Management Conference is scheduled for 12/01/20 at 8:30 in Department 05.

The plaintiff/cross-complainant shall serve a copy of this notice on all
defendants/cross-defendants who are named or added to the complaint and file proof of
service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that
section. The court follows California Rules of Court, Rule 3.1308(a) (1) for tentative
rulings (see Riverside Superior Court Local Rule 3316). Tentative Rulings for each law
and motion matter are posted on the Internet by 3:00 pm on the court day immediately
before the hearing at <http://www.riverside.courts.ca.gov/tentativerulings.shtml>. If you
do not have internet access, you may obtain the tentative ruling by telephone at
(760)904-5722.

To request oral argument, not later than 4:30 pm on the court day before the hearing you
must (1) notify the judicial secretary at (760)904-5722 and (2) inform all other parties. If
no request for oral argument is made by 4:30 pm, the tentative ruling will become the
final ruling on the matter effective the date of the hearing.

Requests for accommodations can be made by submitting Judicial Council form MC-410
no fewer than five court days before the hearing. See California Rules of Court, rule
1.100.

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of
Riverside, and that I am not a party to this action or proceeding. In my capacity, I am
familiar with the practices and procedures used in connection with the mailing of
correspondence.   Such correspondence is deposited in the outgoing mail of the Superior
Court.   Outgoing mail is delivered to and mailed by the United States Postal Service,
postage prepaid, the same day in the ordinary course of business. I certify that I served
a copy of the foregoing NOTICE on this date, by depositing said copy as stated above.

Court Executive Officer/Clerk

Date: 06/10/20                                by: _____

VERONICA P LUPERCIO, Deputy Clerk

cdacmc
12/9/19